

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

ASIANA CHRISTINE WILLIAMS,

    Plaintiff,

v.

    Case No. 1:24-CV-05272-ELR

    1-25-cv-00283
    284
    285
    282
    5272

* WILLIAM J. NEALSON COURTHOUSE, et al.,

    Defendants.

_____/

## MOTION FOR RECONSIDERATION AND TO REOPEN

**Now comes,** your movement Asiana Williams, respectfully moving this honorable court for an order granting the herein requested relief of reconsideration and an order reopening the case due to inadvertent failure to receive the court's order because of wrong address.

Please be advised that your movement never showed cause because she never received the court's order.

Your movant further explains to the court that the defendants refused to accept service by turning away federal express in federal express tried to deliver see attached receipt of service by way of federal **express. (Exhibit A).**

Additionally, your movant further explains that it is believed that during this. I was in transit being sent to the federal facility in Alabama and may have been in Oklahoma during transit and therefore did not receive the court's order until after the deadline and I am just learning that the court recommended that the case be dismissed for failure to answer the court's show cause order.

I only recently learned of the court's order because I asked someone outside to try to look online on pacer and they informed me of this. I have been trying to contact the attorney that was appointed as standby counsel for months and he has not responded.

I humbly and sincerely apologize to the court for having missed and that I would like an opportunity to respond to the court's order to show cause and would like the opportunity to respond if it pleases the court to reopen this matter pursuant to rule 60 B.

Done this 17th day of March 2025.

Respectfully Submitted,

*[signature]*

Asiana Williams, Pro Se

## CERTIFICATE OF SERVICE

I, Asiana Williams, hereby certify under the pains and penalties of perjury pursuant 28 USC 1746 that a true and correct copy of the above styled complaint has been delivered by Certified U.S. Postal mail to:

Michelle Olshefski

235 N. Washington, Ave

Scranton, PA 18503


United States Courthouse

235 N Washington, Ave

Scranton, Pa 18510


U.S. Attorneys Office

950 Pennsylvnia ave

Room 2242

Washington, DC 20530


on this 17th day of March, 2025.